# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Brian Keith Wright,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Colin Congo, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01539-ART-BNW<br><br>**ORDER** |

**IT IS ORDERED** that the Clerk of Court must send Plaintiff Brian Wright two blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have until May 13, 2023 to fill out and file the required USM-285 forms under seal. On the forms, Plaintiff must fill in the Defendant's last-known address.

**IT IS FURTHER ORDERED** that, if Plaintiff timely files the USM-285 forms, the Court will issue a separate order to effectuate service. If Plaintiff does not file the USM-285 forms for each Defendant, the Court may recommend that the Defendant(s) be dismissed.

DATED: April 13, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE