# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| Brian Keith Wright, | Case No. 2:22-cv-01539-ART-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Colin Congo, *et al.*, | |
| Defendant. | |

This Court screened Plaintiff's complaint and instructed the United States Marshall Office to serve the two Defendants in this case. It has come to the Court's attention that service is not proper in this case as it does not comply with Federal Rule of Civil Procedure 4(i). ECF No. 17.

Given the delay that has ensued as a result of this error, this Court directs the Clerks Office to serve Blaine Welsh, Chief of the Civil Division for the Las Veas United States Attorney's Office, at [blaine.welsh@usdoj.gov](mailto:blaine.welsh@usdoj.gov), with a copy of this Order.

IT IS FURTHER ORDERED that Mr. Welsh shall advise this Court whether Defendants will waive service of process in this case within two weeks of this order.

DATED: April 1, 2024

```
                                    _____
                                    BRENDA WEKSLER
                                    UNITED STATES MAGISTRATE JUDGE
```